**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

Eastern District of Kentucky
**FILED**

MAR - 1 2010

AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

|  |  |
|---|---|
| Michael Dean Vaughan | ) |
|  | ) |
|  | ) Civil Action No. 3:10-cv-00005-DCR |
| **Plaintiff** | ) |
|  | ) |
|  | ) Judge: Danny C. Reeves |
| **vs.** | ) |
| Mary Elizabeth Brigham | ) **PLAINTIFF'S MOTION FOR LEAVE** |
|  | ) **TO CONDUCT EXPEDITED DISCOVERY** |
|  | ) |
| **Defendant** | ) |
|  | ) |
|  | ) |

## MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

**COMES NOW** Plaintiff in the above listed Civil Action respectfully moves for leave to conduct expedited discovery, including the service of subpoenas pursuant to Fed.R.Civ.P. 26(d), 30(a), 33(a) and 34(b) for entry of an Order allowing expedited discovery to be taken from the Defendant Mary Elizabeth Brigham in support of the Plaintiff's Motion for Preliminary Injunction [Record No.3]. Further, because of its direct involvement with the matters at issue in this litigation, Plaintiff further moves this Court for leave to take expedited discovery from a third-party, the Kentucky National Guard. Finally, the Plaintiff asks this Court to set a hearing on Plaintiff's Motion for Preliminary Injunction in a time frame that will allow for the completion of the discovery sought pursuant to this Motion.

Specifically, Plaintiff moves the Court to allow the immediate service of written discovery to the above-referenced parties on the specific issues relevant to Plaintiff's Motion for Preliminary Injunction and to issue specific targeted subpoenas. Plaintiff seeks the following discovery tailored to carry his burden of proof for preliminary injunctive relief and to prevent further irreparable harm to the Plaintiff.

1. Subpoena's for Production of Documents from the Kentucky National Guard: Specifically, All E-mails including metadata and full headers, electronic or physical documents, correspondence records, investigative records, or any other records electronic or physical, relating to any statements made by Mary Elizabeth Brigham (AKA Mary Elizabeth Kounovsky, or AKA Mary Elizabeth Goad) OR her agents regarding Michael Dean Vaughan (AKA 1LT Michael Dean Vaughan) to any member of the KY National Guard from Aug12th 2009 to Current Date.

2. Subpoena's for Production of Documents from the Defendant Mary Elizabeth Brigham: All E-mails including metadata and full headers, electronic or physical documents, correspondence records, investigative records, or any other records electronic or physical, relating to any statements made by the Defendant OR her agents regarding Michael Dean Vaughan (AKA 1LT Michael Dean Vaughan) to any member of the KY National Guard from Aug12th 2009 to Current Date.

A Memorandum in Support of Plaintiff's Motion for Leave to Conduct Expedited Discovery and proposed Order are tendered herewith.

Dated: March 1st, 2010

Respectfully submitted,
BY: 

MICHAEL DEAN VAUGHAN
Plaintiff (*PRO SE*)
118 Frazier Rd
Frankfort, KY 40601
(502) 682-7664