### Certificate of Service

It is hereby certified that a true copy of the <u>Plaintiff's Motion to Conduct Expedited Discovery</u>, <u>Memorandum in Support of Plaintiff's Motion to Conduct Expedited Discovery</u>, and the <u>Proposed Order</u> was mailed via first class mail on this the 1st day of March, 2010 to the following:

**PARTY SERVED:**

Mary Elizabeth Brigham (Kounovsky)
Gastro Intestinal Clinic
Madigan Army Medical Center
BLDG 9040 Fitzsimmons Dr.
Ft. Lewis, WA 98431

MICHAEL DEAN VAUGHAN
Plaintiff (*PRO SE*)
118 Frazier Rd
Frankfort, KY 40601
(502) 682-7664

Subscribed and sworn to before me on <u>1ST DAY OF MARCH, 2010</u>

My Commission expires <u>2.09.13</u>.

STATE OF KENTUCKY
COUNTY OF FRANKLIN                          Notary Public