**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

|  |  |
|---|---|
| Michael Dean Vaughan | )<br>)<br>)  Civil Action No. 3:10-cv-00005-DCR<br>) |
| **Plaintiff** | )<br>)  Judge:  Danny C. Reeves<br>) |
| **vs.** | ) |
| Mary Elizabeth Brigham | )  **MEMORANDUM IN SUPPORT OF**<br>)  **PLAINTIFF'S MOTION FOR LEAVE**<br>)  **TO CONDUCT EXPEDITED DISCOVERY** |
| **Defendant** | )<br>)<br>) |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

Upon the Motion for Leave to Conduct Expedited Discovery filed by Plaintiff, against Defendant Mary Elizabeth Brigham, and third-party, the Kentucky National Guard, the Court having considered the arguments and memoranda of the parties, and being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Conduct Expedited Discovery is hereby GRANTED in all respects;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff may engage in expedited discovery as follows:

1.  Subpoena's for Production of Documents from the Kentucky National Guard:  Specifically, All E-mails including metadata and full headers, electronic or physical documents, correspondence records, investigative records, or any other records electronic or physical, relating to any statements made by  Mary Elizabeth Brigham (AKA Mary Elizabeth Kounovsky, or AKA Mary Elizabeth Goad) OR her agents regarding Michael Dean Vaughan (AKA 1LT Michael Dean Vaughan) to any member of the KY National Guard from Aug 12th 2009 to Current Date.

2.  Subpoena's for Production of Documents from the Defendant Mary Elizabeth Brigham:  All E-mails including metadata and full headers, electronic or physical documents,

correspondence records, investigative records, or any other records electronic or physical, relating to any statements made by the Defendant OR her agents regarding Michael Dean Vaughan (AKA 1LT Michael Dean Vaughan) to any member of the KY National Guard from Aug 12th 2009 to Current Date.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff must tender any Requests for Production of Documents by _____ and that the Defendant and the Third Party, the Kentucky National Guard must complete and return such Requests for Production of Documents by _____;

**IT IS FURTHER ORDERED AND ADJUDGED** that a Preliminary Injunction hearing is set on _____ at ____.