(EDKy-111)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL MINUTES-GENERAL

FRANKFORT

March 26, 2010
(Date)

Case No. 3:10-5 DCR   At FRANKFORT

Style MICHAEL DEAN VAUGHAN vs. MARY ELIZABETH BRIGHAM

DOCKET ENTRY: Plaintiff Michael Dean Vaughan appeared pro se.  No appearance was made on behalf of Defendant Mary Elizabeth Brigham.

PRESENT:
HON. DANNY C. REEVES, JUDGE

C. DEARBORN
Deputy Clerk

CINDY OAKES
Court Reporter

PROCEEDINGS:  MOTION HEARING

This matter having been called for hearing with Plaintiff present as noted and the Court having heard arguments of Plaintiff, it is hereby

**ORDERED** as follows:

1.    Plaintiff's Motion for Preliminary Injunction [Record No.3] is **DENIED** without prejudice.

2.    Plaintiff's Motion to Seal the Court's Record [Record No. 9] is **DENIED** without prejudice.

3.    Plaintiff's Motion for Leave to Conduct Expedited Discovery [Record No.8] is **SUSTAINED** with respect to members of the Kentucky National Guard identified by Plaintiff during the hearing.  In order to conduct discovery, Plaintiff will be required to file and serve a Notice of Deposition with a Subpoena Duces Tecum.

This 26th day of March, 2010.



Signed By:

Danny C. Reeves  DCR

United States District Judge

Copies:    COR

Clerk's Initials: cbd

| TIC: | | 20 |
|------|--|----|