**LTC DYLAN F. SEITZ (State Bar No. 84032)**
**United States Army**
**Kentucky Army National Guard**
**Office of the Staff Judge Advocate**
**100 Minuteman Pkwy**
**Frankfort, Kentucky 40601**
**Telephone: (502) 607-1456**

Eastern District of Kentucky
FILED
SEP 24 2010
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

| | | |
|---|---|---|
| **Michael Dean Vaughan (Plaintiff)** | ) | **Civil Action No.: 3:10-cv-00005-DCR** |
| **v.** | ) | **UNITED STATES ARMY'S MOTION TO BE EXEPMPTED FROM ELECTRONIC FILING REQUIRMENTS** |
| **Mary Elizabeth Brigham (Defendant)** | ) | |

## NOTICE OF MOTION; MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT THE United States Army, by and through counsel, moves this Court to exempt it from the local Rule of Court requiring pleadings submitted to the Crourt to be filed electronically.

## RELIEF SOUGHT

The United States Army moves the exempt it from the Local Rules of Court requiring all pleadings be submitted electronically.

**STATEMENT OF FACTS**

The United States Army (Army) is not a party to the above styled litigation. However, Michael D. Vaughn (Plaintiff) served a Subpoena *Duces Tecum* on the Army demanding the production of certain documents. Simultaneous with that Subpoena *Duces Tecum*, Plaintiff served a motion to depose two of the Army's employee's, Colonel Rodney Harris and Major James Richmond.

The Army has moved to quash that Subpoena *Duces Tecum* or in the alternative to issue a protective order in regards to the Subpoena *Duces Tecum* and the depositions. That pleading was filed personally by the undersigned in hard copy at the Clerk of the Court's office. Moreover, the Army anticipates the need to file additional pleadings in this matter. The Clerk of the Court verbally instructed the undersigned, on behalf of the Army, that pleadings must submitted electronically pursuant to Local Rules of Court and that requests to be exempt from that Local Rule must be made by motion.

As a member of the Kentucky Bar, and as an officer of this court, I make the following representation. My office is located at the Boone Center, Headquarters Kentucky National Guard, Frankfort, Kentucky. Electronic mail communications coming to and from the Boone Center are restricted pursuant to Department of Defense and Department of the Army regulations and protocols, as a matter of national security. Accordingly, my office is unable to link to and file documents with this court by the use of electronic filing because of the restrictive nature of electronic mail on this installation.

Further, while serving as legal counsel for the Federal interests of the Kentucky National Guard, it is very unusual for my office to participate in litigation involving the interests of the United States Army. In routine matters, the United States Attorney's office assumes the

responsibility of representing the interests of the Federal government in cases where Federal employees are sued in their individual capacity. The unique circumstances of the present case have resulted in my undertaking the representation of the United States Army. If this matter is not dismissed as a result of the hearing scheduled for September 28, 2010, it is anticipated that I will be substituted as counsel and the United Stated Attorney's office will undertake representation from this point forward.

THEREFORE, the Army prays that this Court exempt it from filing pleadings electronically and allow the Army to file hard copy pleadings with the Clerk of Court and provide the parties to this litigation with hard copy of its pleadings via regular mail.

Respectfully submitted,
BY: ______________________

Dylan F. Seitz
Lieutenant Colonel, Judge Advocate General's Corps
Kentucky Army National Guard
100 Minuteman Parkway
Frankfort, Kentucky 40601
(502) 607-1456

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**(Frankfort Division)**

| | | |
|---|---|---|
| **Michael Dean Vaughan** <br> **(Plaintiff)** | ) | |
| **v.** | ) | **Civil Action No.: 3:10-cv-00005-DCR** |
| **Mary Elizabeth Brigham** <br> **(Defendant)** | ) | |

**CERTIFICATE OF SERVICE AND NOTICE**
**OF UNITED STATES ARMY'S MOTION TO BE EXEMPTED**
**FROM ELECTRONIC FILING REQUIREMENTS**

I hereby certify that a copy of the attached United State Army's Motion to be Exempted from Electronic Filing Requirements was this 24th day of September, 2010, served upon the following parties by depositing a copy of same in the United States mail, properly addressed and postage prepaid:

Mary Kounovsky (Mary Elizabeth Brigham)
3800 Ensign Rd. Apt. A5
Olympia, WA. 98506

Michael Vaughan
205 Bluegrass Apt 72B
Newport, KY 41071

Respectfully submitted,

Dylan F. Seitz
Lieutenant Colonel, Judge Advocate General's Corps
Kentucky Army National Guard
100 Minuteman Parkway
Frankfort, Kentucky 40601
(502) 607-1456