**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

| | |
|---|---|
| **Michael Dean Vaughan** **(Plaintiff)** | **Civil Action No.: 3:10-cv-00005-DCR** |
| **v.** | **UNITED STATES ARMY'S MOTION TO BE EXEPMPTED FROM ELECTRONIC FILING REQUIRMENTS** |
| **Mary Elizabeth Brigham** **(Defendant)** | |

**ORDER**

It is hereby ordered, on this ______ day of September 2010, that the United States Army is hereby exempt from filing any pleading with this court electronically. Further, it is hereby ordered that any pleadings filed by the United States Army may be filed with the Clerk of the Court's Office in hard copy and that each party to this litigation be served with copies of said pleading through regular mail.

______________________
Danny C. Reeves
United States District Court Judge