Eastern District of Kentucky
FILED

SEP 2 7 2010

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**Plaintiff District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

| | |
|---|---|
| Michael Dean Vaughan,<br><br>Plaintiff,<br><br>vs.<br><br>Mary Elizabeth Brigham (AKA Mary Elizabeth Kounovsky, or AKA Mary Elizabeth Goad),<br><br>Defendant | Case No.: No. [3:10-CV-5-DCR]<br><br>Judge: Danny C. Reeves<br>Magistrate: Edward B. Atkins<br><br>**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE OR IN THE ALTERNATIVE TO STRIKE (1)** |

**PLAINTIFF'S MOTION IN LIMINE TO EXLCUDE OR**

**IN THE ALTERNATIVE TO STRIKE (1)**

Plaintiff Michael Vaughan hereby moves for an order, in limine, to exclude exhibit 6 (Various E-mails) in Moving third parties the KENTUCKY NATIONAL GUARD'S MOTION to QUASH THIRD PARTY SUBPOENA DUCES TECUM or, in the ALTERNATIVE, a PROTECTIVE ORDER or, alternatively to strike them from the record.

**Respectfully submitted**

Dated this 27th day of September, 2010

MICHAEL DEAN VAUGHAN
Plaintiff(PRO SE)
205 Bluegrass Dr. Apt 72B
Newport, KY 41071
(859) 628-8449

**Plaintiff District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

| | |
|---|---|
| Michael Dean Vaughan,<br><br>Plaintiff,<br><br>vs.<br><br>Mary Elizabeth Brigham (AKA Mary Elizabeth Kounovsky, or AKA Mary Elizabeth Goad),<br><br>Defendant | Case No.: No. [3:10-CV-5-DCR]<br><br>Judge: Danny C. Reeves<br>Magistrate: Edward B. Atkins<br><br>**MEMORUNDUM IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE OR IN THE ALTERNATIVE TO STRIKE (1)** |

## MEMORUNDUM IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE OR IN THE ALTERNATIVE TO STRIKE (1)

Plaintiff Michael Vaughan hereby moves for an order, in limine, to exclude exhibit 6 (Various E-mails) in Moving third parties the KENTUCKY NATIONAL GUARD'S MOTION to QUASH THIRD PARTY SUBPOENA DUCES TECUM or, in the ALTERNATIVE, a PROTECTIVE ORDER. This evidence is properly excluded from this and any follow on proceedings because it is unauthenticated under Fed. R. Evid. 901 (a) and (b).

### AN ORDER IN LIMINE IS PROPER TO EXCLUDE EVIDENCE

A motion in limine is "any motion whether made before or during trial to exclude anticipated prejudicial evidence before the evidence is actually offered."Luce v. United States, 469 U.S. 38, 40 (1984). Obtaining a discretionary advance ruling on the admission of specific evidence or resolving critical evidentiary issues at the outset enhances the efficiency of the trial process. In re Japanese Electronic Products Antitrust Litig., 723 F.2d 238, 260 (3d Cir. 1983), rev'd on other grounds, 475 U.S. 574 (1986). Authority is also implied from "the district court's inherent

authority to manage the course of trials." Luce, 469 U.S. at 41 n.4; United States v. Holmquist, 36 F.3d 154, 163 (1st Cir. 1994)

**THE KENTUCKY NATIONAL GUARD NEVER AUTHENTICATED THE E-MAILS OR TEXTS**

The Kentucky National Guard never authenticated the accuracy of the e-mails which themselves constitute unverified, third party hearsay information. In order for evidence to be admitted, it must be authenticated. Fed. R. Evid. 901(a). Testimony of a witness with personal knowledge is required to authenticate such evidence, but neither the Kentucky National Guard nor the Defendant in this action have personal knowledge of the truthfulness or accuracy of the contents of these e-mails and texts because they were fabricated.

**CONCLUSION**

For the foregoing reasons, this honorable court should exclude exhibit 6 (Various E-mails)in Moving third parties the KENTUCKY NATIONAL GUARD'S MOTION to QUASH THIRD PARTY SUBPOENA DUCES TECUM or, alternatively to strike them from the record.

**Respectfully submitted,**

Dated this 27th day of September, 2010

MICHAEL DEAN VAUGHAN
Plaintiff(PRO SE)
205 Bluegrass Dr. Apt 72B
Newport, KY 41071
(859) 628-8449