UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 10-05-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MARY ELIZABETH BRIGHAM, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

*Pro se* Plaintiff Michael Vaughan having again moved the Court for issuance of a preliminary injunction [Record No. 60], it is hereby

**ORDERED** that a hearing on the plaintiff's motion will be held on **Tuesday, June 28, 2011**, beginning at the hour of **11:00 a.m.**, at the United States Courthouse in Frankfort, Kentucky.

This 21st day of June, 2011.



Signed By:
Danny C. Reeves   DCR
United States District Judge

-1-