UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 10-05-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MARY ELIZABETH BRIGHAM, | ) | **NOTICE AND ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Court has scheduled a hearing in this matter for Tuesday, June 28, 2011, to resolve, among other things, Plaintiff Michael Vaughan's pending Motion for Sanctions. [Record Nos. 59, 62] In reviewing the record, the Court is concerned by statements made by Vaughan during the September, 28, 2010 hearing on the matter. [*See* Record Nos. 45, 47] Particularly, Vaughan alleged that an officer in the Kentucky National Guard took a sworn statement from Vaughan "while [he] was under the influence of two narcotics and an opiate." [Record No. 47, p. 15] The Court reviewed Vaughan's statement with him, at the hearing, to confirm its accuracy. [*Id.*, pp. 15–26] In disputing the condemning portions of his statement, Vaughan also alleged that he was "coached" and "coerced" into making the statements. [*Id.*, p. 26] At the hearing, the Court warned Vaughan that "if the Court finds those statements to be false that [he] could be subject to some serious penalties." [*Id.*, p. 16] Because the veracity of Vaughan's sworn, in-court statements is integral in determining the credibility of Plaintiff Vaughan, the nature of his

conduct before the Court, and the merits of his pending motion, it is hereby

**ORDERED** as follows:

1)      The Clerk is directed to send a copy of this Order to the third-party movant, the U.S. Army Kentucky National Guard.

2)      The third-party movant — the U.S. Army Kentucky National Guard — is requested to produce, at the June 28, 2011 hearing, any witnesses who are able to confirm or deny the accuracy of Vaughan's allegations described above.

3)      Plaintiff Vaughan is put on further notice that if the Court finds these statements to be incorrect, he faces potential sanctions under Fed. R. Civ. P. 41(b), and the inherent powers of the Court.

This 22nd day of June, 2011.



**Signed By:**

**_Danny C. Reeves_** DCR

**United States District Judge**