Eastern District of Kentucky
FILED

JUN 24 2011

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

| | |
|---|---|
| Michael Dean Vaughan,<br>Plaintiff,<br>vs.<br>Mary Elizabeth Brigham (AKA Mary Elizabeth Kounovsky, or AKA Mary Elizabeth Goad),<br>Defendant | Case No.: No. [3:10-CV-5-DCR]<br><br>Judge: Danny C. Reeves<br>Magistrate: Edward B. Atkins<br><br>**EMERGENCY MOTION FOR JUDICIAL NOTICE & FOR SUBPOENAS** |

**COMES NOW,** the plaintiff and in response to this honorable courts order dated June 22nd, 2011 (Doc. No. 64; 'Notice & Order'), respectfully requests that this Court take Judicial Notice of the following docket entries, images, and documents:

1. Document No. 3-3 "Affidavit in Support of Motion for Preliminary Injunction"
2. Document No. 42-2 "Exhibits to: Memorandum in Support of Plaintiff's Motion in Limine to Exclude or in the, Alternative to Strike (2)". Specifically ALL the exhibits but most notably the memorandum withdrawing the sworn statement dated September 23rd, 2009, the medical records attached (I will bring originals June 28th, 2011), and especially the sworn affidavit in support. This affidavit names four individuals who are extremely relevant to verifying my in court statements: MAJ James Richmond, MAJ William Draper, SPC Cloyd Rodkey, & SPC Joshua Sallie.
3. Attached three Images "Attached as Exhibit "A". They are indicative of an Operational Security Violation whereas two SIPR (Classified: Secret) external hard drives were left unsecured and attached to a NIPR (Non-Classified) laptop that was connected to a NIPR (Non-Classified) computer network that was left unsecured in an the unsecured Ashland, KY National Guard Armory within MAJ James B. Richmond's office on August 15th, 2009. These images were taken personally by the

plaintiff on August 15th, 2009 and show a classified 'data spillage incident' of SECRET data to an unsecured information system and most notably, another violation of national security by leaving such drives with data classified as SECRET left unsecured. The proper procedures to deal with such an event are attached (Attached as Exhibit "B"). This protocol as mandated by 'Exhibit B' "Classified Information Spillage on Information Systems" was never followed. When this was dutifully reported by the plaintiff to MAJ James Richmond, he was told "Don't worry about it" and was summarily dismissed. These images are relevant as it gives an additional motive of why officers in the plaintiff's chain of command (in his military status) have actively attacked and are attacking the plaintiff using the 15-6 investigation as a weapon, as such a security breach would severely damage a number of high ranking officer's careers and the plaintiff alleges represents a complete failure to report a federal crime involving a breach of national security that was dutifully reported by the plaintiff to the investigating officer of the plaintiff's 15-6 investigation.

In light of the foregoing, the Plaintiff requests that this court issue Subpoena's directed to the KY National Guard for the following individuals to comply with this honorable courts order as they are integral material witnesses regarding the courts concerns:

1) MAJ James B. Richmond (201st EN BN, Investigating Officer)
2) MAJ William C. Draper (State CMD Chaplain, witnessed med administration)
3) LTC Jerry Morrison (Ordered Investigation, Material Witness)
4) COL Rodney Hayes (Material Witness, State J6)
5) SPC Cloyd Rodkey (State CMD Chaplain Assistant, witnessed med administration)
6) SPC Joshua Sallie (201st EN BN) Combat Medic, witnessed med administration)
7) COL Charles Harris (State J2, State Security Officer)

**WHEREFORE,** the Plaintiff acknowledges and takes Notice of this honorable courts order dated June 22nd, 2011 (Doc. No. 64) and prays that this court take Judicial Notice of the aforementioned and of the attached images and documents.

**Respectfully submitted**

Dated this 24th day of June, 2011

MICHAEL DEAN VAUGHAN
PLAINTIFF (PRO SE)
9681 CLOVERIDGE DR.
INDEPENDENCE, KY 41051
(859) 628-8449

**CERTIFICATE OF SERVICE**

**UNDER PENALTY OF PERJURY, I CERTIFY** that a true and accurate copy of the foregoing was provided by regular U.S. Mail on this 24th day of June 2011, to the following:

Kentucky Army National Guard
Office of the Staff Judge Advocate
LTC Dylan Seitz
100 Minuteman Parkway
Frankfort, KY 40601

Mary Elizabeth Brigham (Kounovsky, Goad)
*OBIGYN* Clinic, Madigan Army Medical Center
BLDG 9040 Fitzsimmons Dr.
FT. Lewis, WA 98431

Mary Kounovsky (Mary Elizabeth Brigham)
3800 Ensign Rd. Apt. A5
Olympia, W A. 98506

MICHAEL VAUGHAN
PLAINTIFF (PRO SE)
9681 Cloveridge Dr.
Independence, KY 41051
(859) 628-8449

**STATE OF OHIO** )
) **SS:**
**COUNTY OF HAMILTON** )

BEFORE ME personally appeared **Michael Vaughan** who, being first duly sworn and identified in accordance with Ohio law, did execute the foregoing in my presence this 24 day of June, 2011.

TINA M. GALLIMORE
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 6/5/16

**My Commission Expires** 6/5/16

**Notary Public**