UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

CIVIL ACTION 3: 10-05-DCR

MICHAEL DEAN VAUGHAN                                                    PLAINTIFF

v.

MARY ELIZABETH BRIGHAM                                              DEFENDANT

MOTION TO CONTINUE

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States Attorney on behalf of Dylan Seitz makes this motion to continue any evidentiary hearing on the motion for sanctions against him.

There is a pending request by Dylan Seitz to be represented on the sanctions motion by the United States Department of Justice.  The Department of Justice is not prepared to make a final decision on representation at this time.   The United States Attorney has been authorized to represent Dylan Seitz for the limited purpose of this motion.

Further, Dylan Seitz is currently experiencing muscle pain and is taking pain medication. He is not able to fully assist in a full preparation of a defense on the factual issues raised in this matter.

An effort is being made to obtain a written statement from the law enforcement offices in Washington state regarding the status of their investigation of harassment of Mary Bringham by Michael Vaughan.  Further an effort is being made to have the detective available by phone.

The United States Attorney's office is attempting to have the investigator in order to present what evidence the National Guard has in response to the court's request.  The United States Attorney's Office is also attempting to have present the other individuals named by

Vaughan in his emergency motion present for the court hearing.

This motion requests only a continuance of any final evidentiary hearing the court may wish to have regarding the Motion for Sanctions against Dylan Seitz and the United States will help in any way it can to allow the court to move forward on all other matters.

Respectfully Submitted,

Kerry B. Harvey
United States Attorney

 /s/ David E. Middleton
David E. Middleton
Assistant U.S. Attorney
260 West Vine Suite 300
Lexington KY 40507-1612
(859) 685-4830
david.middleton@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I filed this document using the CM/ECF system which caused electronic service of the document on the attorneys of record.

On June 27, 2011.

 /s/ David E. Middleton
David E. Middleton
Assistant U.S. Attorney