UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

CIVIL ACTION 3: 10-05-DCR

MICHAEL DEAN VAUGHAN                                              PLAINTIFF

v.

MARY ELIZABETH BRIGHAM                                          DEFENDANT

NOTICE OF FILING

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States Attorney on behalf the Kentucky National Guard files the attached

affidavit of Michael Hirte in partial response to the court's order for the evidence it has that casts

light on the facts regarding the Motion for Sanctions.

Respectfully Submitted,

Kerry B. Harvey
United States Attorney


 /s/ David E. Middleton
David E. Middleton
Assistant U.S. Attorney
260 West Vine Suite 300
Lexington KY 40507-1612
(859) 685-4830
david.middleton@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I filed this document using the CM/ECF system which caused electronic service of the document on the attorneys of record.

On June 28, 2011.

/s/ David E. Middleton
David E. Middleton
Assistant U.S. Attorney