

# THURSTON COUNTY SHERIFF'S OFFICE



**SINCE 1852**

**Tim Braniff,** Undersheriff
**Dave Pearsall,** Chief Deputy
**Brad Watkins,** Chief Deputy
**Todd Thoma,** Chief Deputy
**Joan Plaja,** Fiscal Manager

**JOHN D. SNAZA**
**Sheriff**

2000 Lakeridge Drive SW • Olympia, Washington 98502-6045 • (360) 786-5500

## AFFIDAVIT OF DETECTIVE MIKE HIRTE

My name is Michael Hirte. I am a Detective with the Thurston County Sheriff's Office in Olympia, Washington, and currently reside in the State of Washington.

I am assigned to criminal investigation #09-5046. This case was opened on August 17th, 2009 and remained initially opened until January 4th, 2010. The case was reopened on or around January 22nd, 2010, when I was made aware of a military investigation that was conducted and statements related to the case were obtained. The case continues to be open as of this date and am awaiting additional court records. I anticipate a case closure and forwarding to the prosecutors office for charging review once those records are provided.

I confirmed the fact that the investigation was open/not closed with LTC Dylan Seitz, counsel for KYNG, via telephone conversation on or before September 24th, 2010 with the exception of the time period between January 4th, 2010, and January 22nd, 2010.

Criminal investigations in the Thurston County Sheriff's Office computer records system are classified in three ways. The first, "OPEN", is considered actively assigned and actively pursued. This would include searching for witnesses, testing evidence, ect. The second, "SUSPENDED", would indicate that a case is awaiting results or new information with no determinate timeframe. The release of records in "suspended" status would either be by investigators or supervisors permission and/or the expiration of the statutes of limitation. A "Closed" case is where the investigator believes no further leads can be obtained or the case has been forwarded to the prosecutors office for review/charging.

The classifications used by the Thurston County Sheriffs Office are predominately for the sole purpose of case management. Using these classifications determine accurate case ratio to investigators, rate of arrest versus non-arrest and other empirical data related to time and work management. At no time do any of these classifications prevent the reopening of any case other than prevention by law such as the statute of limitations.

My office has had several contacts with Mr. Vaughan. Most recently, on or about 18 May 2011 when, during my work absence, a report was generated and provided to Vaughan showing the case as "suspended". However, any report or classification of case #09-5046 as "suspended" in the Thurston County Sheriff's Office records system is inaccurate.

STATE OF WASHINGTON
COUNTY OF THURSTON, SS



# THURSTON COUNTY SHERIFF'S OFFICE



SINCE 1852

**JOHN D. SNAZA**
Sheriff

**Tim Braniff,** Undersheriff
**Dave Pearsall,** Chief Deputy
**Brad Watkins,** Chief Deputy
**Todd Thoma,** Chief Deputy
**Joan Plaja,** Fiscal Manager

2000 Lakeridge Drive SW • Olympia, Washington 98502-6045 • (360) 786-5500

Detective Michael Hirte, being first duly sworn on oath according to law, deposes and says that he has read the foregoing AFFIDAVIT OF DETECTIVE MIKE HIRTE by his subscribed, that the matters stated herein are true to the best of his information, knowledge and belief.

_____
MICHAEL HIRTE

SUBSCRIBED AND SWORN to before me this 27th day of June, 2011.

_____
Notary Public

My commission expires: 09-01-2012