**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

| | |
|---|---|
| Michael Dean Vaughan, Plaintiff, vs. Mary Elizabeth Brigham (AKA Mary Elizabeth Kounovsky, or AKA Mary Elizabeth Goad), Defendant | Case No.: No. [3:10-CV-5-DCR]<br>Judge: Danny C. Reeves<br>Magistrate: Edward B. Atkins<br>**PLAINTIFF'S MOTION TO DISQUALIFY (REMOVE) AND BAR** |

Eastern District of Kentucky
FILED
JUN 2 8 2011
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

**PLAINTIFF'S MOTION TO DISQUALIFY (REMOVE) AND BAR THE US ATTORNEY AS THE THIRD PARTY THE KENTUCKY NATIONAL GUARD'S REPRESENTATIVE**

Pursuant to FRCP 21, FRCP 24 and 28 USC Sec. 547, plaintiff respectfully requests that this Court disqualify and bar the US Attorney from acting as the KY National Guard's Representative. The grounds in support of this motion are set forth below.

**ARGUMENT**

In support of this Motion, 28 USC Sec. 547 states as follows:

> Except as otherwise provided by law, each United States attorney, within his district, shall -
> (1) prosecute for all offenses against the United States;
> (2) prosecute or defend, for the Government, all civil actions, suits or proceedings in which the United States is concerned;
> (3) appear in behalf of the defendants in all civil actions, suits or proceedings pending in his district against collectors, or other officers of the revenue or customs for any act done by them or for the recovery of any money exacted by or paid to these officers, and by them paid into the Treasury;
> (4) institute and prosecute proceedings for the collection of fines, penalties, and forfeitures incurred for violation of any revenue law, unless satisfied on investigation that justice does not require the proceedings; and
> (5) make such reports as the Attorney General may direct.

None of the 28 USC Sec. 547 conditions are present in this case. Moreover, FRCP 24 applies as no Motion to Intervene on behalf of the Kentucky National Guard was submitted to this court. Additionally, FRCP 17(a)(2) provides that, when a federal statute so provides, an action for another's use or benefit must be brought in the name of the United States. However, the plaintiff is unaware that there is a statute that provides that the United States Attorney can or must represent the third party the KY National Guard that is a subset of the Office of the Governor of the Commonwealth of Kentucky especially as the United States is not a party in any case that the plaintiff is a litigant in and which the United States holds no interest, pecuniary or otherwise.

The KY National Guard is subset of the KY Department of Military Affairs that is attached to the Office of the Governor of Kentucky. (See KRS 36.010, Attached as Exhibit "A"). Which quotes as follows:

**KRS 36.010 Department of Military Affairs attached to Office of Governor -- Functions -- Organization.**

The Department of Military Affairs shall be attached to the Office of the Governor, have charge of and be responsible to the Governor for the proper functioning of the Kentucky National Guard, militia, and all other military or naval matters of the state, and shall consist of the following offices and divisions:

This creates an issue of the US Government acting as an improper legal representative for an Office of the Governor of Kentucky. Additionally, LTC Seitz's own stationary (Attached as Exhibit "B") does NOT mention the "U.S. Army" but shows that the KY National Guard <u>**is**</u> an office of the Commonwealth of Kentucky. Additionally, the proper third party in this action and who the plaintiff explicitly subpoenaed was the "Kentucky National Guard". The Plaintiff is NOT a US. Army Soldier nor is he subject to the Uniform Code of Military Justice…only the Kentucky Code of Military Justice per KRS. 35. None of the allegations in this case involved

U.S. Army soldiers nor did the defendant contact a U.S. Army Soldier…only KY National Guard Soldiers.

Consequently, the United States is not a Proper Third Party in the matter; the United States has no jurisdiction, authority, or interest in this matter as the investigation undertaken by the KY National Guard regarding the plaintiff would have had to have been prosecuted under Kentucky law (KRS 35)…not Federal.

**WHEREFORE,** the Plaintiff moves that the court disqualify and bar the United States Attorney from unlawfully representing the KY National Guard and moves the Court to modify the docket accordingly.

**Respectfully submitted**

Dated this 28th day of June, 2011

MICHAEL DEAN VAUGHAN
PLAINTIFF (PRO SE)
9681 CLOVERIDGE DR.
INDEPENDENCE, KY 41051
(859) 628-8449