AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY

MICAHEL DEAN VAUGHAN
V.
MARY ELIZABETH BRIGHAM

## EXHIBIT AND WITNESS LIST

Case Number:  3:10-CV-5 DCR

| PRESIDING JUDGE Danny C. Reeves | | | | | PLAINTIFF'S ATTORNEY Michael Dean Vaughan (Pro Se) | DEFENDANT'S ATTORNEY David Middleton on behalf of Movant |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 6/28/2011 | | | | | COURT REPORTER Cindy Oakes | COURTROOM DEPUTY C. Dearborn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 | 6/28/11 |  |  | **WITNESS - Major James B. Richmond** |
| A |  | 6/28/11 |  | x | Copy of sworn statement taken 8/15/2009 |
| 1 |  | 6/28/201 | x |  | Various emails  (These documents were returned to plaintiff by the Court) |
|  |  |  |  |  | Eastern District of Kentucky **FILED** JUN 2 8 2011 AT FRANKFORT LESLIE G. WHITMER CLERK: U.S. DISTRICT COURT |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _1_ Pages