Case: 3:10-cv-00005-DCR-EBA    Doc #: 70-1    Filed: 06/28/11    Page: 1 of 3 - Page
Case: 3:10-cv-00005-DCR -EBA    Doc #: 35-4 Filed: 09/09/10    Page: 1 of 3 - Page ID#:
300

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

**PRINCIPAL PURPOSE:** To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

**ROUTINE USES:** Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

**DISCLOSURE:** Disclosure of your SSN and other information is voluntary.

| 1. LOCATION Ashland Armory | 2. DATE (YYYYMMDD) 20090815 | 3. TIME 1615 | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME Vaughan Michael Dean | 6. SSN | 7. GRADE/STATUS Ø1 |
|---|---|---|

8. ORGANIZATION OR ADDRESS 207th EN CO

9. I, _Michael Dean Vaughan_ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

1- Regarding the issue with Mary Kownovsky (Mary Brysham), I did have a previous sexual relationship with her. I have _not_ posted any ellicit/pornographic
2- pictures of ms. Kownovsky. I have emailed pictures of her performing sex acts on others that she had sent to me previously. I have indeed emailed/texted
3- Ms. Kownovsky in a threating manner but have _not_ followed through. My JA threats did indeed involve posting these same images but I did _not_ follow through.

4) I met Mary Kownovsky back in AIT in 2005. We became good friends but never saw each other after that @ AIT was completed. We resumed our relationship when I started chatting with online in Afghanistan around Late Jan 2009. Our friendship continued with visits to Washington & most recently in Virginia for a wedding we both attended. I posted imagery of these visits on my myspace & facebook accounts & they were _not_ pornographic. Additionally, I had non pornographic video of the wedding trip to VA. I also posted to my myspace & facebook accounts. We had a major falling out after the Virginia trip & Mary Kownovsky did _not_ want those images of this trip or the video of her with her birth son on my facebook & myspace pages.

| 10. EXHIBIT B | 11. INITIALS OF PERSON MAKING STATEMENT  | PAGE 1 OF 3 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, NOV 2006          DA FORM          APD PE v1.00

Ex

Case: 3:10-cv-00005-DCR-EBA   Doc #: 70-1   Filed: 06/28/11   Page: 2 of 3 - Page
Case: 3:10-cv-00005-DCR -EBA   Doc #: 35-4   Filed: 09/09/10   Page: 2 of 3 - Page ID#:
301

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _Michael Dean Vaughen_ TAKEN AT _Ashlen Armory_ DATED _20090815_

9. STATEMENT (Continued)

This argument resulted in very heated exchange by email, text, & voice telephone. I have told her (may) not to contact me via email, text, & voice. I showed MAJ Richmond on my phone that I had done just that. She followed up by begging me do come to Virginia. After this most recent argument, I asked her to call me to ask if she still wants me to post the video of her meeting her birth son (she had given up for adoption) & the images I had taken thereof. As I never expected to see her again, I wanted to ensure she had those images & video as they were of a significantly personal moment for her. I did not hear back from her by noon wednesday (12Aug2009), I posted them on my facebook & myspace accounts so she could download them as their were dozens of these images & video of her & her son & of the wedding we attended. She called me around 12:39pm this same day swearing at me & I advised her to never call me again. Thursday 13Aug2009, I recieved a 'No Contact' order from MAJ Richmond regards Mary Kounovsky. I complied with this order and banned her family members from my accounts, deleted all of these images & video of Mary & her family & the wedding off my facebook & myspace accounts. All of which were non-pornographic. Additionally, I banned her from having the ability to contact me via yahoo IM.

INITIALS OF PERSON MAKING STATEMENT (M)

PAGE 2 OF 3 PAGES

DA FORM 2823, NOV 2006          APD PE v1.00

Case: 3:10-cv-00005-DCR-EBA  Doc #: 70-1  Filed: 06/28/11  Page: 3 of 3 - Page
Case: 3:10-cv-00005-DCR -EBA  Doc #: 35-4703 Filed: 09/09/10  Page: 3 of 3 - Page ID#:
302

STATEMENT OF _Michael Dean Vaughan_ TAKEN AT _Ashland Armory_ DATED _2009 0815_

9. STATEMENT  (Continued)

(M) After the no contact order was given... (N)

However, She has contacted mentally me that a "Major" was going to stick his foot up my ass. Moreover, I showed Major Richmond how she attempted to contact me at 0230 15 Aug 2009. I had not used military Resources in these email arguments, I had not emailed any one at medigan nor any of her friends. I have no Idea how to contact her recently divorced husband. My goal has been for the past week to terminate this friendship & move on. She however continues to contact me when I had told her explicitly not too. I am not the proprietor of glibly 1982 @yahoo.com account. Additionally, I have NOT tried to contact her via ANY means virtual, Texting, or voice since major Richmond gave me the no Contact order on 13 Aug 2009 @ ≈ 14:30. Additionally, my wife and I have been separated since my return from Afghanistan, we will be attending the 23-25 Oct Strong bonds event in order to attempt to reconcile. She is aware of these events. (M)

**AFFIDAVIT**

I, _Michael Dean Vaughan_ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _3_ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT: I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESSES:

_Daniel Griffith_

_257 7th SAPPER CO_
ORGANIZATION OR ADDRESS

_____

_____
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _15_ day of _AUG_ , _2009_
at _Ashland Armory_

_____
(Signature of Person Administering Oath)

_JAMES RICHMOND_
(Typed Name of Person Administering Oath)

_DA-15-6 APPOINTMENT_
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT

PAGE _3_ OF _3_ PAGES

DA FORM 2823, NOV 2006

APD PE v1.00

_EXHIBIT B (pg 2)_