(EDKy-111)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL MINUTES-GENERAL

FRANKFORT                                      June 28, 2011
                                                    (Date)

Case No. 10-5-DCR  At FRANKFORT

Style MICHAEL DEAN VAUGHAN vs. MARY ELIZABETH BRIGHAM

DOCKET ENTRY:

PRESENT:
        HON.    DANNY C. REEVES, JUDGE


        C. Dearborn                    Cindy Oakes
        Deputy Clerk                   Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS
                                       And THIRD PARTIES:

Michael Dean Vaughan, pro se           Defendant (not present)
                                       David Middleton on behalf of
                                       U.S. Army Kentucky National Guard &
                                       Dylan F. Seitz


PROCEEDINGS:      MOTIONS HEARING - EVIDENTIARY


        This matter was called for hearing on pending motions with plaintiff and counsel present as noted.  The Court having heard counsel, sworn testimony and being otherwise sufficiently advised, it is hereby

        **ORDERED** as follows:

        1.    Plaintiffs' motion for sanctions [DE #59] is **DENIED**.  For the reasons stated on the record, the Court finds this motion was filed in bad faith.

        2.    Plaintiffs' motion for Preliminary Injunction [DE #60] is **DENIED**.

        3.    Plaintiffs' motion for the issuance of subpoenas [DE #65] is **DENIED**.

        4.    The U.S. Attorney's Motion on behalf of Dylan Seitz to continue any evidentiary hearing on the motion for sanctions against him [DE #66] is **DENIED** AS **MOOT**, inasmuch as the Court has denied the motion for sanctions.

        5.    Plaintiffs' motion to disqualify and bar the U.S. Attorney as the representative for the U.S. Army Kentucky National Guard [DE #69] is **DENIED**.


        This 28th day of June, 2011.




Signed By:
*Danny C. Reeves* DCR
United States District Judge

Copies:      COR                              Clerk's Initials:    CBD

TIC:    1  00