**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

Eastern District of Kentucky
**FILED**

JUN 3 0 2011

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Michael Dean Vaughan,

   Plaintiff,

vs.

Mary Elizabeth Brigham (AKA Mary Elizabeth Kounovsky, or AKA Mary Elizabeth Goad),

   Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: No. [3:10-CV-5-DCR]

Judge: Danny C. Reeves
Magistrate: Edward B. Atkins

**OBJECTION (1)**

## OBJECTION (1)

**THE PLAINTIFF OBJECTS** to the Affidavit of Michael Hirte (Doc. No. 68, NOTICE OF FILING by the KY National Guard) for the following reasons:

1. OBJECTION: <u>HEARSAY</u>, the affidavit is being offered to prove the truth of what it says.

  a. The person who made the statement was not in court to be cross examined to corroborate (or deny) the truth of the statement.

**WHEREFORE,** the Plaintiff prays that the affidavit (Doc. No. 68) be stricken from the record and ruled upon as inadmissible hearsay.

**Respectfully submitted**

Dated this 30th day of June, 2011

MICHAEL DEAN VAUGHAN
PLAINTIFF (PRO SE)
9681 CLOVERIDGE DR.
INDEPENDENCE, KY 41051
(859) 628-8449

## CERTIFICATE OF SERVICE

**UNDER PENALTY OF PERJURY, I CERTIFY** that a true and accurate copy of the foregoing was provided by regular U.S. Mail on this 30th day of June 2011, to the following:

Kentucky Army National Guard
Office of the Staff Judge Advocate
LTC Dylan Seitz
100 Minuteman Parkway
Frankfort, KY 40601

David E. Middleton
U.S. Attorney's Office, EDKY
260 W. Vine Street ,Suite 300
Lexington, KY 40507-1612

Mary Elizabeth Brigham (Kounovsky, Goad)
*OBIGYN* Clinic, Madigan Army Medical Center
BLDG 9040 Fitzsimmons Dr.
FT. Lewis, WA 98431

Mary Kounovsky (Mary Elizabeth Brigham)
3800 Ensign Rd. Apt. A5
Olympia, W A. 98506

MICHAEL VAUGHAN
PLAINTIFF (PRO SE)
9681 Cloveridge Dr.
Independence, KY 41051
(859) 628-8449

**STATE OF OHIO**        )
                         )  SS:
**COUNTY OF HAMILTON**   )

BEFORE ME personally appeared **Michael Vaughan** who, being first duly sworn and identified in accordance with Ohio law, did execute the foregoing in my presence this _____30_____ day of ____June____, 2011.

My Commission Expires _____6/5/16_____

Notary Public _____

TINA M. GALLIMORE
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 6/5/16