UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 10-05-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MARY ELIZABETH BRIGHAM, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's complaint [Record No. 2] is **DISMISSED**, with prejudice.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

3. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

This 5th day of July, 2011.



Signed By:
*Danny C. Reeves* DCR
**United States District Judge**