Eastern District of Kentucky
FILED

JUL 14 2011

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

Michael Dean Vaughan,                                )    Case No.: No. [3:10-CV-5-DCR]
                                                     )
       Plaintiff,                                )
                                                     )
  vs.                                              )    Judge: Danny C. Reeves
                                                     )    Magistrate: Edward B. Atkins
Mary Elizabeth Brigham                               )
                                                     )
       Defendant                                 )
                                                     )
                                                     )
                                                     )
                                                     )
                                                     )

## EMERGENCY EX PARTE MOTION FOR ISSUANCE OF A SUBPOENA

Plaintiff moves the court for an order issuing a subpoena to the KY National Guard for an official copy of the Transcript of the Board Proceedings held on July 9th, 2011. This transcript would be in direct support of his motion for reconsideration (Doc. No. 78) for the following reasons:

1. COL Rodney Hayes was cross-examined by the plaintiff while under oath and stated the following facts:

    a. That he had conducted an investigation into statements and allegations of the Defendant in this action

    b. That after a forensic examination of the Plaintiff's workstation and examination of e-mails and web server access logs that no evidence existed to support the Defendants Statements and Allegations against the Plaintiff.

    c. Additionally, COL Rodney Hayes testified under oath that himself nor no one from his office has been in contact with anyone with the Thurston County Sherriff's Office since August of 2009.

2. COL Rodney Hayes is the defendant in civil action: 3:10-CV-54. His testimony is a declaration against interest not only for himself but also against the KY National Guard.

3. This sworn testimony is confirmed evidence of a second much more detailed investigation conducted by a member of the KY National Guard regarding the Defendant's statements and allegations against the Plaintiff.

4. This testimony shows that the investigation was exculpatory and was explicitly alluded to by LTC Dylan Seitz in his Motion to Quash (Doc. No. 35). However, the results of

the investigation were exculpatory vs. inculpatory as alluded by LTC Dylan Seitz's Motion to Quash.

5. The testimony also sharply refutes LTC Dylan Seitz's Motion to Quash (Doc. No. 35) that the KY National Guard was actively assisting in an (sic) Open investigation by the Thurston County Sherriff's Department. The KY National Guard's last contact with the Thurston County Sherriff per COL Rodney Hayes sworn testimony was August of 2009. Fully 13 months prior to the submission of the Motion to Quash (Doc. No. 35) by LTC Dylan Seitz.

6. The testimony will demonstrate the incredible lengths that the KY National Guard is going to deny the Plaintiff Due Process and documents and information that is explicitly exculpatory.

7. This testimony directly supports the Plaintiff's Motion for Reconsideration (Doc. No. 78).

**WHEREFORE,** the Plaintiff prays for an order issuing a subpoena to the KY National Guard for an official copy of the Transcript of the Board Proceedings held on July 9th, 2011.

**Respectfully submitted**

Dated this 14th day of July, 2011

MICHAEL DEAN VAUGHAN
PLAINTIFF (PRO SE)
9681 CLOVERIDGE DR.
INDEPENDENCE, KY 41051
(859) 628-8449