**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**(at Frankfort)**

Eastern District of Kentucky
FILED
OCT 14 2026
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:10-CV-5 |
| | ) | |
| v. | ) | |
| | ) | |
| MARY ELIZABETH BRIGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

Pursuant to LR 5.3(e) and General Order 16-4, Plaintiff Michael Dean Vaughan, pro se, gives written notice to the Clerk and to counsel of record that his residential address, mailing address, and contact information are as follows:

**Residential and mailing address**: 500 Leo Drive, Hamilton, Ohio 45013
**Telephone**: (859) 743-1355
**Email**: warhacker6@gmail.com

This address replaces every prior address of record in this action. Plaintiff requests that all notices, orders, and correspondence be sent to the address above.

Respectfully submitted,

Michael Dean Vaughan
Plaintiff, Pro Se
500 Leo Drive
Hamilton, Ohio 45013
(859) 743-1355
warhacker6@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the date below, I filed the foregoing with the Clerk of the United States District Court for the Eastern District of Kentucky by submitting the signed paper original for filing, and that I served a true and accurate copy by United States Mail upon the Office of the United States Attorney for the Eastern District of Kentucky, 260 West Vine Street, Suite 300, Lexington, Kentucky 40507. SJAG Col. Jason W. Shepherd, Boone National Guard Center, 100 Minuteman Parkway, Building 145, Frankfort, KY 40601.

Dated: October 6th, 2026

Michael Dean Vaughan, Pro Se